THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 70TH AND GREENWOOD AVE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AGCS MARINE INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:23−cv−01402−JNW <br><br> **ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE** |

THIS MATTER came before the Court on the Stipulated Motion to Continue Trial Date. The Court having reviewed the files and records herein, FINDS that good cause exists to continue the trial date and related deadlines, and HEREBY ORDERS that the case schedule shall be amended as follows:

| Event | Current date | Proposed date |
|---|---|---|
| Trial | 1/13/2025 | 6/2/2025 |
| Deadline for filing amended pleadings | 6/17/2024 | 12/16/2024 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | 6/17/2024 | 1/13/2025 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | 7/17/2024 | 2/21/2025 |

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE
2:23−cv−01402−JNW - 1

Miller Nash LLP
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

4871-5568-0967.1

| | | |
|---|---|---|
| All motions related to discovery must be filed by (see LCR 7(d)) | 7/17/2024 | 3/24/2025 |
| Discovery completed by | 8/16/2024 | 3/17/2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (see LCR 7(d)) | 9/16/2024 | 4/14/2025 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | 11/14/2024 | 4/2/2025 |
| All motions in limine must be filed by (see LCR 7(d)) | 12/4/2024 | 4/28/2025 |
| Deposition Designations must be submitted to the Court by (see LCR 32(e)) | 12/23/2024 | 5/12/2025 |
| Agreed pretrial order due | 12/23/2024 | 5/12/2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | 12/30/2024 | 5/19/2025 |
| Pretrial conference | 1/6/2025 | 5/27/2025 |

The Clerk of the Court is directed to issue an amended case schedule in accordance with this Order.

IT IS SO ORDERED this 13th day of June, 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE
2:23−cv−01402−JNW - 2

Miller Nash LLP
605 5th Avenue South, Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599

4871-5568-0967.1

PRESENTED BY:

| | |
|---|---|
| *s/ Tristan Swanson* | *s/ Curtis C. Isacke* |
| Tristan Swanson, WSBA No. 41934 | Curtis C. Isacke, WSBA No. 49303 |
| *s/ Donald B. Scaramastra* | McNAUL EBEL NAWROT & HELGREN |
| Donald B. Scaramastra, WSBA No. 21416 | 600 University Street, Suite 2700 |
| *s/Nicholas Hesterberg* | Seattle, Washington 98101 |
| Nicholas Hesterberg, WSBA No. 41970 | Telephone: (206) 467-1816 |
| Miller Nash LLP | Email: cisacke@mcnaul.com |
| 605 5th Avenue S, Suite 900 | |
| Seattle, WA 98104 | |
| Telephone: (206) 624-8300 | |
| Fax: (206) 340-0599 | |
| Email: Tristan.swanson@millernash.com | |
| Donald.scaramastra@millernash.com | |
| nick.hesterberg@millernash.com | |
| | |
| *Attorney for Plaintiff 70th and Greenwood, LLC* | *Attorney for AGCS Marine Insurance Company* |

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE
2:23−cv−01402−JNW - 3

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

4871-5568-0967.1

**DECLARATION OF SERVICE**

I, Catherine Berry, hereby declare under penalty of perjury under the laws of the United States that on this 12th day of June, 2024, the foregoing document was filed using the CM/ECF system which will send notice of the same to all parties, at the addresses set forth below.

SIGNED at Lynnwood, Washington this 12th day of June, 2024.

*s/Catherine Berry*
Catherine Berry, Legal Assistant

DECLARATION OF SERVICE - 4

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

4871-5568-0967.1