THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

70TH AND GREENWOOD AVE LLC,

        Plaintiff,

    vs.

AGCS MARINE INSURANCE COMPANY,

        Defendants.

Case No. 2:23−cv−01402−JNW

NOTICE OF SETTLEMENT

[CLERK'S ACTION REQUIRED]

Notice is hereby given that all claims against all parties in this action have been resolved. Any trials or other hearings, deadlines, or dates in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties agree that stipulations dismissing the plaintiff's claims against the defendant with prejudice in this action will be filed within five court days following satisfaction of the terms of the settlement, or within the next forty-five (45) days.

\\\

\\\

\\\

NOTICE OF SETTLEMENT
2:23−cv−01402−JNW - 1

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599
4918-7531-3997.1

DATED this 12th day of June, 2025.

s/ *Tristan N. Swanson*
Tristan N. Swanson, WSBA No. 41934
Donald B. Scaramastra, WSBA No. 21416
Nicholas Hesterberg, WSBA No. 41970
MILER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Tel: (206) 777-7530
Fax: (206) 340-9599
Email: tristan.swanson@millernash.com
Donald.scaramastra@millernash.com
Nick.hesterberg@millernash.com

*Attorneys for Plaintiff 70th & Greenwood Ave LLC*

s/ *Curtis Isacke, with permission*
Curtis Isacke, WSBA No. 49303
McNaul Ebel Nawrot & Helgren
600 University Street, Suite 2700
Seattle, WA 98101
Tel: (206) 467-1816
Email: cisacke@mcnaul.com


*Attorneys for Defendant AGCS Marine Insurance Company*

NOTICE OF SETTLEMENT
2:23−cv−01402−JNW - 2

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on:

Curtis C. Isacke, WSBA 49303                        ☒ By ECF/CM
McNaul Ebel Nawrot & Helgren
600 University Street, Suite 2700
Seattle, WA 98101
Tel: (206) 467-1816
Email: cisacke@mcnaul.com
rlindsey@mcnaul.com
jhickman@mcnaul.com
CMartirosian@mcnaul.com

***Attorneys for Defendant***

Under the laws of the state of Washington, the undersigned hereby declares, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

EXECUTED at Lynnwood, Washington, this 12th day of June, 2025.


*/s/Catherine Berry*
Catherine Berry, Legal Assistant

DECLARATION OF SERVICE - 3

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599
4918-7531-3997.1