THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 70TH AND GREENWOOD AVE LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>AGCS MARINE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:23−cv−01402−JNW<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTED DATE: JULY 18, 2025 |

## **STIPULATED MOTION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff 70th and Greenwood Ave LLC and Defendant AGCS Marine Insurance Company hereby stipulate to the dismissal of all claims in this action with prejudice and without an award of expenses, costs, or fees to any party.

\\\

\\\

\\\

STIPULATION AND ORDER OF DISMISSAL
 WITH PREJUDICE
2:23−cv−01402−JNW - 1

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599
4937-4781-4486.1

DATED this 18th day of July, 2025.

s/ *Tristan N. Swanson*
Tristan N. Swanson, WSBA No. 41934
Donald B. Scaramastra, WSBA No. 21416
Nicholas Hesterberg, WSBA No. 41970
MILER NASH LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
Tel: (206) 777-7530
Fax: (206) 340-9599
Email: tristan.swanson@millernash.com
Donald.scaramastra@millernash.com
Nick.hesterberg@millernash.com

*Attorneys for Plaintiff 70th & Greenwood Ave LLC*

s/ *Curtis Isacke*
Curtis Isacke, WSBA No. 49303
McNaul Ebel Nawrot & Helgren
600 University Street, Suite 2700
Seattle, WA 98101
Tel: (206) 467-1816
Email: cisacke@mcnaul.com

*Attorneys for Defendant AGCS Marine Insurance Company*

**ORDER**

Pursuant to the foregoing stipulation it is ORDERED that all claims that have or could have been asserted herein, are hereby dismissed with prejudice and without an award of attorneys' fees or cost to any party.

ORDERED this 21st day of July, 2025.

Jamal N. Whitehead
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
2:23−cv−01402−JNW - 2

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599
4937-4781-4486.1

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on:

Curtis C. Isacke, WSBA 49303　　　　　　　☒ By ECF/CM
McNaul Ebel Nawrot & Helgren
600 University Street, Suite 2700
Seattle, WA 98101
Tel: (206) 467-1816
Email: cisacke@mcnaul.com
rlindsey@mcnaul.com
jhickman@mcnaul.com
CMartirosian@mcnaul.com

*Attorneys for Defendant*

Under the laws of the state of Washington, the undersigned hereby declares, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

EXECUTED at Lynnwood, Washington, this 18th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　*/s/Catherine Berry*
　　　　　　　　　　　　　　　　　　　　Catherine Berry, Legal Assistant

DECLARATION OF SERVICE - 3

Miller Nash LLP
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599
4937-4781-4486.1